NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINEAR TECHNOLOGY CORPORATION,**
*Plaintiff-Appellee,*

v.

**MONOLITHIC POWER SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2012-1033

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0476, Chief Judge Gregory M. Sleet.

------------------------------------------------

---

**LINEAR TECHNOLOGY CORPORATION,**
*Plaintiff-Appellant,*

v.

**MONOLITHIC POWER SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2011-1637

---

Appeal from the United States District Court for the District of Delaware in case no. 06-CV-0476, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

Monolithic Power Systems, Inc. moves without opposition to withdraw its cross appeal no. 2012-1033.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2012-1033 is granted. Appeal No. 2012-1033 is dismissed. The revised official caption in 2011-1637 is reflected above.

(2) Each side shall bear its own costs in 2012-1033.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Joel M. Freed, Esq.
Dan L. Bagatell, Esq.

s21

Issued As A Mandate (As To 2012-1033 Only): MAR 1 6 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK